UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ANDRES SANCHEZ, JR.,

                          Petitioner,        Civil No. 07-3522 (JRT/JJG)

v.

FEDERAL BUREAU OF PRISONS,            **ORDER ADOPTING**
HARLEY G. LAPPIN and MARTY C.    **REPORT AND RECOMMENDATION**
ANDERSON,                                   **OF MAGISTRATE JUDGE**

                          Respondents.

_____

     Andres Sanchez, Jr., #57542-080, SPC, Post Office Box 629, Bastrop, TX 78602, petitioner *pro-se*

     William J. Otteson, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

     This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

     1. Petitioner's "Motion For Temporary Restraining/Protective Order Pursuant To F. R. Civ. P. 65(b)," [Docket No. 8], is **DENIED**;

     2. This action is **DISMISSED WITHOUT PREJUDICE**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 19, 2007
at Minneapolis, Minnesota.                                      s/John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                            United States District Judge